IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DAVID R. BURCH,

    Plaintiff,

vs.

                                                    Civil No. 20-CV-353-JFH-DES

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

 Defendant.

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge D. Edward Snow reviewing Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b). Dkt. No. 35.

Neither party objected to Magistrate Judge Snow's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with Magistrate Judge Snow's recommendation, and accepts and adopts it as the order of the Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) [Dkt. No. 27] is GRANTED. Plaintiff's counsel is awarded fees in the amount of $11,452.50 to be paid by Defendant directly to counsel from the amount of past due benefits withheld for that purpose.

IT IS FURTHER ORDERED that Plaintiff's counsel refund the smaller amount between any EAJA fees already awarded and the § 406(b) fees awarded in this decision to Plaintiff. *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Dated this 11th day of November 2023.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE

2